IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TYLER HEADDRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV-20-36-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference conducted by Magistrate Judge John Johnston. (Doc. 16.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before April 18, 2021, or show good cause for their failure to do so.

DATED this 18th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:20-cv-00036-BMM   Document 17   Filed 03/18/21   Page 2 of 2